**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jamie Grotto-Casalino,<br><br>      Plaintiff,<br> v.<br><br>Nelson, Hirsch & Associates, Inc.; and DOES 1-10, inclusive,<br><br>      Defendant. | Civil Action No.:  CV11-0849 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 28, 2011

                  Respectfully submitted,

                  PLAINTIFF, Jamie Grotto-Casalino

                  /s/ Sergei Lemberg

                  Sergei Lemberg, Esq. (SL 6331)
                  **LEMBERG & ASSOCIATES L.L.C.**
                  1100 Summer Street, 3rd Floor
                  Stamford, CT 06905
                  Telephone: (203) 653-2250
                  Facsimile:  (877) 795-3666
                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg